UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

REMOTE TECHNOLOGIES
INCORPORATED,

       Plaintiff,

v.                                **ORDER**
                                 Civil File No. 10-1678 (MJD/JSM)

DATA INTERNATIONAL CO., LTD.,

       Defendant.

---

John A Cotter, Cynthia M. Klaus, Craig J. Lervick, Larkin Hoffman Daly & Lindgren Ltd., Counsel for Plaintiff.

Vytas M. Rimas, Rimas Law Firm, Counsel for Defendant.

---

      The above-entitled matter comes before the Court on Plaintiff's Objections to July 31, 2013 Order of Magistrate Judge Janie S. Mayeron Regarding ESI Scope and Deadlines. The July 31, 2013 Order was amended by Magistrate Judge Mayeron on August 15, 2013, and on September 5, 2013. Due to these amendments, Plaintiff has withdrawn one of its objections. This Order addresses Plaintiff's remaining objection to the cost-shifting provisions detailed in the Second Amended Order.

1

This Court will reverse a magistrate judge's order on a nondispositive issue if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a). The Court has reviewed the submissions and the record in this case and concludes that Magistrate Judge Mayeron's September 5, 2013 Second Amended Order is neither clearly erroneous nor contrary to law. Therefore, the Order is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. United States Magistrate Judge Janie S. Mayeron's July 31, 2013 Order [Docket No. 172], as amended by the August 15, 2013 Amended Order [Docket No. 177] and the September 5, 2013 Second Amended Order [Docket No. 181] is **AFFIRMED**.

2. Plaintiff's objections to that Order [Docket No. 174] are **OVERRULED**.


Dated:  September 26, 2013          s/ Michael J. Davis
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court